In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-399 CR


____________________



TONY RAY ORMS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the County Court at Law No. 1


Angelina County, Texas


Trial Cause No. 03-0458






MEMORANDUM OPINION (1)


 On December 13, 2003, we notified the parties that the appeal would be dismissed
for want of prosecution unless arrangements were made for filing the record or the
appellant explained why he needed time for filing the record. Counsel for appellant
notified the Court that the appellant did not desire to pursue the appeal. It appears that the
appellant is not entitled to proceed without payment of costs. Tex. R. App. P. 20.2. 
There being no satisfactory explanation for the failure to file the record, the appeal is
dismissed for want of prosecution. Tex. R. App. P. 37.3(b).

 APPEAL DISMISSED.

 

 PER CURIAM



Opinion Delivered January 29, 2004 

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.